PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Keith Moody                               Cr.: 2:05CR00493-002
                                                            PACTS #: 43001

Name of Sentencing Judicial Officer:  Honorable Dickinson R. Debevoise
                                      Senior United States District Court Judge

Date of Original Sentence: July 21, 2008

Original Offense: Conspiracy to Commit Mail Fraud and Tax Evasion.

Original Sentence: Imprisonment - 48 months; Supervised Release - 3 years; Special Assessment - $100; Restitution - $69,291,511.52

Type of Supervision: Supervised Release.           Date Supervision Commenced: February 17, 2012

## STATUS REPORT

U.S. Probation Officer Action:

On July 21, 2008, the offender was sentenced by Your Honor to 48 months imprisonment and three years supervised release. The following special conditions were imposed: Financial disclosure, cooperation with the IRS, no new debt/credit, and employment restrictions. He was also ordered to pay a $100 special assessment and $69,291,511.52 joint and several restitution.

Mr. Moody currently resides in Allendale, New Jersey. He has been employed with Wyckoff Reformed Church since October of 2011. We believe that Mr. Moody has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $6,975.00 towards his restitution obligation ($20,022.00 has been paid in total by all defendants). It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Moody's term of supervision to expire as scheduled on February 16, 2015.

Respectfully submitted,

*Barbara Kerrigan*

Barbara R. Kerrigan
Supervising U.S. Probation Officer
Date: January 29, 2015

## The Court Orders:

[X] Concur with the Recommendation of the U.S. Probation Office. Case to expire on February 16, 2015
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

2/9/2015